IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-229-RJC-DCK

| | |
|---|---|
| STEVEN MICHAEL BROWN and SUSAN BROWN, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER**<br>) |
| CELADON TRUCKING SERVICES, INC. et al., | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) filed by Robert Reeves, concerning Michael L. Goldberg on May 16, 2016. Mr. Michael L. Goldberg seeks to appear as counsel *pro hac vice* for Plaintiffs Steven Brown and Susan Brown. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) is **GRANTED.** Mr. Michael L. Goldberg is hereby admitted *pro hac vice* to represent Plaintiffs Steven Brown and Susan Brown.

**SO ORDERED**.

Signed: May 16, 2016

David C. Keesler
United States Magistrate Judge