UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-00229-RJC-DCK

| | |
|---|---|
| STEVEN MICHAEL BROWN and SUSAN BROWN, ) ) ) Plaintiffs, ) ) v. ) ) CELADON TRUCKING SERVICES, INC., ) ) ) Defendant. ) _____ ) | **ORDER** |

**THIS MATTER** comes before the Court on Defendant's "Motion to Dismiss Plaintiffs' Punitive Damages Claim and Strike their Punitive Damages Request" ("Motion to Dismiss"), (Doc. No. 12), and the parties' Stipulation of Voluntary Dismissal Without Prejudice of Claim and Request for Punitive Damages ("Stipulation of Dismissal"), (Doc. No. 17). It appears that Plaintiffs have agreed to voluntarily dismiss their claim for punitive damages without prejudice, and the parties have filed the Stipulation of Dismissal indicating Defendant's consent to the voluntary dismissal. Therefore, Defendant's Motion to Dismiss is now **moot**.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Dismiss, (Doc. No. 12), is **DISMISSED as moot**.

Signed: July 22, 2016

Robert J. Conrad, Jr.
United States District Judge