IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-229-RJC-DCK

| | |
|---|---|
| STEVEN MICHAEL BROWN and SUSAN BROWN, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **CELADON,** ) | |
| ) | |
| **Defendant**. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The parties filed an "Agreed Notice Of Settlement Agreement in Principle" (Document No. 59) on August 4, 2017, informing the Court that the parties reached a settlement. The Court commends counsel and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **September 28, 2017**.

**SO ORDERED**.

Signed: August 4, 2017

David C. Keesler
United States Magistrate Judge